UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RICHARD L. LEWIS, II,
    Plaintiff,

vs.                      CASE NO. 8:06-CIV-148-T-17-TGW

TAMMY MARIE LINDNER,
    Defendant.
_____/

**ORDER**

    This cause is before the Court on the plaintiff's motion for default (Docket No. 29) and response thereto (Docket No. 34). The plaintiff seeks a default because he claims the defendant's filing of a motion to dismiss rather than an answer entitles him to a default. As pointed out by the defendant, this claim has no merit. The plaintiff needs to familiarize himself with the rules and procedures of this court if he wishes to successfully prosecute this case as a *pro se* litigant. Accordingly, it is

    **ORDERED** plaintiff's motion for default (Docket No. 29) be **denied** and the Court notifies the plaintiff that the motion to dismiss is appropriately pending before this Court and it will be taken under consideration as soon as possible.

    **DONE and ORDERED** in Chambers, in Tampa, Florida, this 12th day of September, 2006.



Copies to: All Parties and Counsel of Record